ECF CASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK        x

ORIX FINANCIAL SERVICES, INC.
formerly known as
ORIX CREDIT ALLIANCE, INC.,

                Plaintiff,

vs.

PHILIP A. BARONE, JR.

                Defendant.
_____x



JUDGE SCHEINDLIN

08 CV 0354

CERTIFICATE PURSUANT TO RULE 7.1

JAN 15 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for ORIX FINANCIAL SERVICES, INC., formerly known as ORIX CREDIT ALLIANCE, Inc., certifies that the following are corporate parents, subsidiaries or affiliates of said party:.

Plaintiff, ORIX FINANCIAL SERVICES, INC., formerly known as ORIX CREDIT ALLIANCE, INC., is a wholly owned subsidiary of ORIX COMMERCIAL ALLIANCE CORPORATION which itself is a wholly owned subsidiary of ORIX USA Corporation. All of these companies are part of the ORIX Group which is controlled by the ORIX Corporation, a publicly traded company in Japan. Plaintiff itself has no subsidiaries or affiliates the securities of which are publicly traded.

Dated: Haverstraw, New York
       January 8, 2008

_____
William M. Stein-WS6263
Stein & Stein
Attorneys for Plaintiff
One Railroad Square
Haverstraw, NY 10927
(845)429-3900