# United States District Court

__SOUTHEREN__ DISTRICT OF __NEW YORK__

ORIX FINANCIAL SERVICES, INC. formerly known as ORIX CREDIT ALLIANCE, INC.

**ECF CASE**

## SUMMONS IN A CIVIL CASE

V.

PHILIP A. BARONE, JR.

CASE NUMBER:

**08 CV 0354**

**JUDGE SCHEINDLIN**

TO: (Name and address of defendant)

PHILIP A. BARONE, JR.
2797 TAHOE DRIVE
LIVERMORE, CA 94550

PHILIP A. BARONE, JR.
731 VIA DEL SOL
LIVERMORE, CA 94550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM M. STEIN - WS6263
STEIN & STEIN
1 RAILROAD SQUARE
HAVERSTRAW, NY 10927
(845) 429-3900

an answer to the complaint which is herewith served upon you, within ___twenty(20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

_(signature)_
(BY) DEPUTY CLERK

DATE: JAN 15 2008

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | January 15, 2008 |
| NAME OF SERVER *(PRINT)* | TITLE |
| WILLIAM M. STEIN | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personal Service in the State and County of New York upon the defendants by personal service upon Carol Nicholas, an officer for C-A Credit Corp., defendants' designated agent for Service of Process in New York pursuant to agreement signed by the defendants (copy exhibited in the complaint).

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 16, 2008                William M. Stein
             Date                            Signature of Server

Address of Server
Stein & Stein
One Railroad Square
Haverstraw, NY 10927

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.