**STEIN & STEIN**
**ATTORNEYS AT LAW**
ONE RAILROAD SQUARE
HAVERSTRAW, NY 10927
TELEPHONE: (845) 429-3900
www.nycollectionlaw.com

WILLIAM M. STEIN
ALISA STEIN
ARI J. STEIN
ZEEVYAH A. BEMOFP*

*Member NY & NJ Bar

MAILING ADDRESS
P.O. BOX 30
HAVERSTRAW, NY 10927
FAX NO: (845) 429-4392
E-MAIL
STEINANDSTEINLAW@YAHOO.COM

February 13, 2008

HON. SHIRA A. SCHEINDLIN
500 PEARL STREET
NEW YORK NY 10007

Re:   ORIX FINANCIAL SERVICES, INC.
      vs.  PHILIP A. BARONE, JR.
      DOCKET # 08 CV 0354 (SAS)
      Our file no. 12246

> RECEIVED
> CHAMBERS OF
>
> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/13/08
>
> FEB 13 2008
> JUDGE SCHEINDLIN

DEAR JUDGE SCHEINDLIN:

I represent the plaintiff in the above captioned matter, Orix Financial Services, Inc. The Summons and Complaint in this matter was served upon the defendant, Philip A. Barone, Jr. by service upon his designated agent on January 15, 2008.

I have been contacted by Mr. Barone who advises me that he resides in California and he is in the process of retaining local counsel in New York. He has requested a thirty day extension of time within which to Answer in order to retain counsel. The plaintiff consents to this request for an adjournment.

The matter has been scheduled for an Initial Pre-Trial Conference on February 26, 2008 at 4:30 p.m. Based upon the fact that Mr. Barone has not yet retained counsel, the parties are respectfully requesting that this conference be adjourned to a later date, preferably sometime after March 10, 2008 to allow the defendant an opportunity to retain local counsel.

Respectfully submitted,

WILLIAM M. STEIN- (WS-6263)

WMS:wgh
cc: Philip A. Barone, Jr.

*The parties' request is granted. The conference previously scheduled for Feb. 26, 2008 is adjourned to March 14, 2008, at 4:30 p.m. Defendant's request for a thirty day extension of time within which to Answer is also granted.*

Date: Feb. 13, 2008

SO ORDERED.

Shira A. Scheindlin, USDJ