WILLIAM M. STEIN
ALISA STEIN
ARI J. STEIN
ZEEVYAH A. BENOFF*

*Member NY & NJ Bar

**STEIN & STEIN**
ATTORNEYS AT LAW
ONE RAILROAD SQUARE
HAVERSTRAW, NY 10927
TELEPHONE: (845) 429-3900
www.nycollectionlaw.com

MAILING ADDRESS
P.O. BOX 30
HAVERSTRAW, NY 10927
FAX NO: (845) 429-4392
E-MAIL
STEINANDSTEINLAW@YAHOO.COM

April 1, 2008

HON. SHIRA A. SCHEINDLIN
500 PEARL STREET
NEW YORK NY 10007

Re: ORIX FINANCIAL SERVICES, INC.
vs. PHILIP A. BARONE, JR.
DOCKET # 08CV0354 (SAS)
Our file no. 12246
FAX #212-805-7920

DEAR JUDGE SCHEINDLIN:

As you are aware, the defendant has defaulted in this matter and I was in the process of preparing a motion for entry of a default judgment. I was then contacted by an attorney for the debtor who advises that he is in the process of preparing a Chapter 7 bankruptcy petition. A copy of the letter of Robert A. Wieckowski is enclosed.

I just spoke with Mr. Wieckowski yesterday and he confirmed that he has been retained by Mr. Barone and that he has all the information necessary and will be filing the petition in the very near future.

I am, therefore, respectfully requesting that the plaintiff's time to submit the motion for default judgment be extended to April 18, 2008, to determine if the bankruptcy petition has been filed by that date.

Thank you for your kind consideration.

Respectfully submitted,

WILLIAM M. STEIN-(WS-6263)

WMS:rd
cc: Robert A Wieckowski, Esq.
    Fax #510-790-2101

[Handwritten annotation:] Plaintiff's request is granted. Plaintiff's time to file a motion for default judgment is extended to April 18, 2008.
So Ordered.
Dated: New York, New York
April 1, 2008
Shira A. Scheindlin
USDJ

# LAW OFFICES OF
# ROBERT A. WIECKOWSKI
A PROFESSIONAL CORPORATION

39510 Pasco Padre Parkway, Suite 220
Fremont, California 94538
(510) 790-2732
Fax (510) 790-2101

March 20, 2008

Yvonne Kalpakoff
Senior Vice President
Orix Financial Services, Inc.
800 TownPark Lane, Suite 300
Kennesaw, GA 30144

William M. Stein
Stein & Stein
One Railroad Square
Haverstraw, NY 10927

RE: Orix Financial vs. Philip A. Barone, Jr.
    08-CV-0354 (SAS)

Dear Ms. Kalpakoff and Mr. Stein:

Philip and Sandra Barone, Jr. have retained this office to represent them in the filing of a Chapter 7 bankruptcy. We have completed our initial interview and are assembling the documentation for the petition filing. I expect this filing to be completed in a short time. Orix will be listed as one of their creditors and I will notify both of you, as well as the US District Court of the petition filing.

If you have any questions of this office, please do not hesitate to contact us. Thank you for your attention to this matter.

Sincerely,

Robert A. Wieckowski

RAW:raw