UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- --X

ORIX FINANCIAL SERVICES, INC., :

                 **Plaintiff,**   :

                                      :

       -against-

                                      :

**PHILIP A. BARONE, JR.,**

                                      :

                **Defendant.**
------------------------------- --X

**ORDER**

08 Civ. 354 (SAS)

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 4/21/08]

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       The defendant in the above captioned case recently filed for bankruptcy protection in the Northern District of California, thereby invoking the automatic stay provisions of the federal bankruptcy law. *See* 11 U.S.C. § 362. Plaintiff is therefore directed to bring whatever claims it may have against the defendant in the Bankruptcy Court. Accordingly, this case is hereby closed, subject to reinstatement by either party upon the completion of the bankruptcy proceedings. Such reinstatement shall be effected by letter application to this Court without the need for filing a new action or obtaining a new docket number. The Clerk of the Court is directed to close this case. Plaintiff's counsel is directed to forward a copy of this Order to his adversary forthwith.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
April 21, 2008

## - Appearances -

**For Plaintiff:**

William M. Stein, Esq.
Stein & Stein
One Railroad Square
Haverstraw, NY 10927
(845) 429-3900